FEBRUARY 13, 1970

No. 330. UNITED STATES *v.* EISDORFER. Appeal from D. C. E. D. N. Y. Appeal dismissed pursuant to Rule 60 of the Rules of this Court. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States. *Michael J. Kunstler* for appellee.

No. 637. UNITED STATES *v.* STEWART. Appeal from D. C. N. D. Cal. Appeal dismissed pursuant to Rule 60 of the Rules of this Court. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.